

No. 12–0353/MC. U.S. v. Lazzaric T. Caldwell. CCA 201000557. Review granted on the following issue:

> WHETHER AS A MATTER OF LAW A BONA FIDE SUICIDE ATTEMPT IS PUNISHABLE AS SELF–INJURY UNDER ARTICLE 134.

Briefs will be filed under Rule 25.

No. 12–0553/AF. U.S. v. Brenden W. Ver Milyea. CCA 37766. Appellee's motion to attach documents is granted.

No. 12–0546/AR. U.S. v. Shadonna L. Taylor. CCA 20110515. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0522/AF. U.S. v. Adam G. Cote. CCA 37745. Review granted on the following issue:

> WHETHER EVIDENCE FOUND ON APPELLANT'S COMPUTER SHOULD BE SUPPRESSED BECAUSE IT WAS FOUND PURSUANT TO A SEARCH THAT VIOLATED THE TERMS OF THE WARRANT.

Briefs will be filed under Rule 25.

---

\* It is directed that the promulgating order be corrected to delete 'in desertion' from the specification of the Charge.